David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
Attorney for Plaintiff
ANTON E. SADALLAH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANTON E. SADALLAH,<br><br>    Plaintiff,<br><br>v.<br><br>US BANK DEFAULT SERVICING; FEDERAL HOME LOAN MORTGAGE CORP.; FIA CARD SERVICES, NATIONAL ASSOCIATION,<br><br>    Defendants. | **Case No. 2:16-cv-02052-APG-GWF**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO FEDERAL HOME LOAN MORTGAGE CORP. ONLY** |

Plaintiff ANTON E. SADALLAH and Federal Home Loan Mortgage Corp. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

Page **1** of **2**

with Fed. R. Civ. P. 41 (a)(2) as to, and ONLY as to, Federal Home Loan Mortgage Corp. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: December 29, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Lindsay Demaree, Esq.
Lindsay Demaree, Esq.
Nevada Bar No. 11949
Ballard Spahr LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
*Attorney for Defendant*
Federal Home Loan Mortgage Corp.

### **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED:  12/30/2016