1  David H. Krieger, Esq.
2  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
6  *Attorney for Plaintiff, ANTON E. SADALLAH*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ANTON E. SADALLAH,  Plaintiff,  v.  U.S.BANK DEFAULT SERVICING; FEDERAL HOME LOAN MORTGAGE CORP.; FIA CARD SERVICES, N.A.,  Defendants. | Case No. 2:16-cv-02052-APG-GWF  **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO BANK OF AMERICA, N.A. (INCORRECTLY NAMED AS FIA CARD SERVICES, NATIONAL ASSOCIATION) ONLY** |

Plaintiff ANTON E. SADALLAH and Bank of America, N.A. (improperly named FIA Card Services, National Association in the complaint) ("BANA")

…

…

…

…

…

…

…

hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, BANA**. Each party shall bear its own attorney's fees, interest, and costs of suit.

Dated: January 11, 2017

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Rex D. Garner, Esq. |
| David H. Krieger, Esq. | Rex D. Garner, Esq. |
| Nevada Bar No. 9086 | Akerman LLP |
| HAINES & KRIEGER, LLC | 1160 Town Center Drive |
| 8985 S. Eastern Avenue | Suite 330 |
| Suite 350 | Las Vegas, NV 89144 |
| Henderson, Nevada 89123 | *Attorney for Defendant* |
| *Attorney for Plaintiff* | *Bank of America, N.A.* |

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: January 11, 2017